**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02684-REB-CBS

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WHOLESALE SPECIALTIES, INC.,

    Plaintiff,

v.

HURST & BURR MECHANICAL, INC.,
JE HURLEY CONSTRUCTION, INC.,
AMERICAN CONTRACTORS INDEMNITY COMPANY, and
JOHN DOE,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on plaintiff's **Motion To Consolidate Pursuant To D.C.COLO.LCivR 42.1** [#5] filed November 16, 2011.  The motion is **DENIED** without prejudice for failure to comply with D.C.COLO.LCivR 7.1A compliance.

    Dated:  November 17, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.