**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02684-REB-CBS

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WHOLESALE SPECIALTIES, INC.,

    Plaintiff,

v.

HURST & BURR MECHANICAL, INC.,
JE HURLEY CONSTRUCTION, INC.,
AMERICAN CONTRACTORS INDEMNITY COMPANY, and
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal** [#15][1] filed January 13, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#15] filed January 13, 2012, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 17, 2012, at Denver, Colorado.

                                                                     **BY THE COURT:**

                                                                     *Robert E. Blackburn*
                                                                    Robert E. Blackburn
                                                                    United States District Judge

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.